UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Jasbir Kaur Sangha**; and Does 1-10, <br><br> Defendants | **Case No**. 2:14-CV-00808-WBS-DAD <br><br> ORDER EXTENDING DATE OF ORDER TO SHOW CAUSE BY 30 DAYS |

Plaintiff SCOTT JOHNSON ("Plaintiff") and Defendant JASBIR HAUR SANGHA ("Defendant") hereby stipulate to extend the deadline to respond to the Order to Show Cause regarding dismissal by 30 days. The new deadline to file the dismissal will be December 1, 2014.

IT IS SO ORDERED.

Dated: November 14, 2014

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE